ORDERED.

**TIFFANY & BOSCO**
P.A.

**Dated: April 07, 2011**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

11-02179

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Scott T. Drake and Susan W. Drake<br>　　　　　Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for WFMBS 2006-AR5<br>　　　　　Movant,<br>　　vs.<br><br>Scott T. Drake and Susan W. Drake, Debtors,<br>Edward J. Maney, Trustee.<br><br>　　　　　Respondents. | No. 2:11-BK-00924-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #35) |

　　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

LOT 112, SANDS SCOTTSDALE 3, ACCORDING TO BOOK 173 OF MAPS, PAGE 13, RECORDS OF MARICOPA COUNTY, ARIZONA.
85258

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.